IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 9:07-715 |
| | ) | 18 U.S.C. § 1341 |
| v. | ) | 18 U.S.C. § 1343 |
| | ) | 18 U.S.C. § 1349 |
| **JEFFERY E. LOWE** | ) | |

## INDICTMENT

### COUNTS 1-2
(Mail Fraud)
18 U.S.C. § 1341

THE GRAND JURY CHARGES:

At all times relevant to this indictment:

1. The defendant **JEFFERY E. LOWE** operated a warehouse in Beaufort County where products, including clothing, furniture, cosmetics, and toiletry items were sold.

2. The organization, "Citizens Opposed to Domestic Abuse" (CODA) was a non-profit agency that operated in Beaufort County, South Carolina, providing support to victims of domestic abuse.

3. The charitable organization "Gifts in Kind International", based in Alexandria, Virginia, provided donated goods to charitable organizations around the world.

4. Defendant **JEFFERY E. LOWE** has never been an employee or volunteer of CODA.

## THE SCHEME

5.      From in or around November 2003, through in or around late January 2005, in the District of South Carolina, **LOWE** knowingly and willfully did devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses and representations.

6.      It was part of the scheme and artifice that **LOWE** represented himself to be an employee of CODA . It was further part of the scheme and artifice that **LOWE** applied for CODA to receive donated goods from "Gifts In Kind International".

7.      During the course of the scheme, and by means of false and fraudulent pretenses, representations, and promises, **LOWE** fraudulently obtained from "Gifts In Kind International" more than $1 million in goods, as valued by "Gifts In Kind International", which he sold for a profit from his warehouse.

## THE COUNTS

8.   On or about the dates set forth below, in the District of South Carolina and elsewhere, for the purpose of executing the scheme and artifice to defraud, the defendant, **JEFFERY E. LOWE,** did knowingly cause documents, such as money orders and checks, to be sent or received by means of the United States Mail:

| Count | Mailing Date (on or about) | Description |
|---|---|---|
| One | 11/18/2003 | Application for CODA to receive goods from "Gifts in Kind International" and application payment by money order sent via U.S. Mail from South Carolina to Alexandria, Virginia. |
| Two | 5/24/2004 | Money order sent via U.S. Mail from South Carolina to Alexandria, Virginia, for payment for CODA to become "network affiliate" so **LOWE** could receive larger quantity of goods. |

All done in violation of Title 18, United States Code, Sections 1341.

**COUNTS 3-4**
**(Wire Fraud)**
**18 U.S.C. § 1343**
**18 U.S.C. § 1349**

1.  The Grand Jury realleges and incorporates by reference paragraphs 1 through 7 of this Indictment as if fully set forth herein as setting forth a scheme and artifice to defraud.

### EXECUTION OF THE DEFENDANT'S SCHEME TO DEFRAUD

2.  On or about the dates set forth below, in the District of South Carolina and elsewhere, defendant, **JEFFERY E. LOWE**, for the purpose of executing and attempting to execute the aforesaid scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, did knowingly cause to be transmitted in interstate commerce, by means of a wire communication, certain signs, signals, and sounds; that is, defendant **LOWE** did knowingly transfer and receive via interstate wiring statements or correspondence, as follows:

## THE COUNTS

| Count | Date | Description |
|---|---|---|
| THREE | 11/5/2004 | Direct Request Form sent via facsimile from **LOWE** in South Carolina to Rick Jackson in Alexandria, Virginia seeking additional products from Gifts In Kind. |
| FOUR | 1/5/2005 | E-mail from **LOWE** in South Carolina to Judy Mercadal in Alexandria, Virginia seeking additional products from Gifts in Kind. |

All done in violation of Title 18, United States Code, Sections 1343 and 1349.

A \_\_\_\_\_TRUE\_\_\_\_\_ BILL

\_\_\_\_\_s/Foreperson_____
FOREPERSON

s/Reginald I. Lloyd
REGINALD I. LLOYD (MRD)
UNITED STATES ATTORNEY

# PENALTY

## COUNTS 1-2
(Mail Fraud)
18 U.S.C. § 1341

MAXIMUM SENTENCE THIS COUNT
FINE OF $ 250,000    (18 USC §3571)
AND/OR IMPRISONMENT FOR   20  YEAR(S)
AND A TERM OF SUPERVISED RELEASE OF
  53   YEAR(S) (18 USC §3583)
SPECIAL ASSESSMENT $  100.00
(18 USC §3013)


## COUNTS 3-4
(Wire Fraud)
18 U.S.C. § 1343
18 U.S.C. § 1349

MAXIMUM SENTENCE THIS COUNT
FINE OF $ 250,000    (18 USC §3571)
AND/OR IMPRISONMENT FOR   20  YEAR(S)
AND A TERM OF SUPERVISED RELEASE OF
  53   YEAR(S) (18 USC §3583)
SPECIAL ASSESSMENT $  100.00
(18 USC §3013)