IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

UNITED STATES OF AMERICA

VS

JEFFERY L. LOWE

CR NO. 9:07-715

## PLEA

The defendant, **JEFFERY L. LOWE**, having withdrawn his plea of Not Guilty entered JULY 3, 2007, pleads **GUILTY to Count 1 of the INDICTMENT** after arraignment in open court.

*Jeffrey L Lowe*
(Signed) Defendant

Charleston, South Carolina
April 8, 2008