**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NUMBER 9:07-715 (1) |
| ) | |
| vs. ) | ORDER REMOVING SPECIAL CONDITION |
| ) | |
| Jeffrey Lowe ) | |

On September 25, 2008, Mr. Lowe was sentenced to one year probation with the special condition of six (6) months in a Community Corrections Center in lieu of incarceration.

Comes now U. S. Probation Officer, Jonathan J. Diller, requesting that the special condition as stated above be removed and Mr. Williams be allowed to serve the remainder of the portion of halfway house placement on home curfew at his primary residence.

AND, IT IS SO ORDERED.

_____
The Honorable Sol Blatt, Jr.
UNITED STATES DISTRICT JUDGE

Beaufort, SC
July 29, 2009